**UNITED STATES DISTRICT COURT**
**FOR THE USDC Northern Indiana**
**HAMMOND DIVISION**

Thomas Ostrowski

                      Plaintiff,

v.                                             Case No.: 2:18−cv−00423−RLM
                                            Judge Robert L Miller Jr

Lake County, Indiana, et al.

                      Defendant.

## NOTICE OF COSTS TAXED

TO ALL COUNSEL AND/OR PARTIES OF RECORD:

Pursuant to [73] Notice that Costs will be Taxed by Clerk , Costs are hereby taxed in the amount of $4,487.08 against Thomas Ostrowski .

Date:  June 25, 2021                 ROBERT N. TRGOVICH, CLERK

                                                    By:  s/  Nikki Long
                                                           Deputy Clerk