IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THOMAS OSTROWSKI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:18-cv-00423-RLM |
| | ) |
| LAKE COUNTY, INDIANA, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW ATTORNEY APPEARANCE

**COMES NOW** Gavin M. Rose, counsel for the plaintiff, and respectfully requests permission to withdraw his appearance in this cause. In support of this Motion, counsel states as follows:

1. On August 4, 2021, this Court entered its Order (Dkt. 81), in which it granted in substantial part the defendants' request for an award of their attorneys' fees in this matter. An associated judgment was issued the same day. (Dkt. 82). Undersigned counsel promptly provided this Court's decision awarding attorneys' fees to the plaintiff and informed him that counsel would not be representing him in any appeal of that decision. Counsel also informed the plaintiff of his appeal rights at that time.

2. Counsel has been informed by his client that the plaintiff wishes to pursue an appeal of this Court's decision awarding attorneys' fees to the defendants and has directed counsel to withdraw his appearance so that he (the plaintiff) may perfect an appeal in this matter. Counsel is therefore requesting permission to withdraw his appearance.

3. Undersigned counsel continues to represent the plaintiff in an appeal of this Court decision entering summary judgment in favor of the defendants in this matter, which is currently

1

pending before the Seventh Circuit under Cause No. 21-1674.  In the event that that appeal results in a remand, counsel has obtained permission from his client to again enter his appearance in this matter and counsel intends to do so.

4. Pursuant to Local Rule 83-8(c)(2), the plaintiff's current contact information is as follows:

    Address:    4010 Rollingwood Court
                      Crown Point, Indiana  46307
    Telephone:    219-213-1366
    E-mail:    tostrowski53@gmail.com

5. Local Rule 83-8(c)(1) requires counsel to provide written notice to the plaintiff of his intent to withdraw his appearance at least seven days in advance.  Counsel believes that that requirement is met by his promptly informing the plaintiff that he would not be appealing this Court's fee decision on the plaintiff's behalf, combined with the plaintiff's directive to counsel that counsel withdraw his appearance in order to allow the plaintiff to perfect an appeal.  To the extent that this Court determines that the requirements of Local Rule 83-8(c)(1) have not been met, those requirements should be waived: due to the finite time period for the plaintiff to perfect an appeal, it is appropriate for this motion to be filed promptly in order to allow the Court to rule on the motion and to allow the plaintiff to prepare and file appropriate documents in a timely fashion.

**WHEREFORE,** Gavin M. Rose, counsel for the plaintiff, respectfully requests permission to withdraw his appearance in this cause, and requests all proper relief.

                                            Gavin M. Rose
                                            ACLU OF INDIANA
                                            1031 E. Washington St.
                                            Indianapolis, IN  46202
                                            Ph:    317.635.4059
                                            Fax:    317.635.4105
                                            <grose@aclu-in.org>

                                            *Attorney for the plaintiff*