UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THOMAS OSTROWSKI, *Plaintiff* | ) ) ) ) ) CAUSE NO. 2:18-CV-423-RLM |
| v. | ) ) |
| LAKE COUNTY, INDIANA, et al., *Defendants* | ) ) ) ) |

ORDER

The court DEFERS ruling on the motion to withdraw counsel's appearance to afford counsel an opportunity to comply with Local Rule 83-8's written notice requirement. [Doc. No. 83].

SO ORDERED.

ENTERED: August 25, 2021

/s/ Robert L. Miller, jr.
Judge, United States District Court