IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| THOMAS OSTROWSKI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:18-cv-00423-RLM |
| | ) | |
| LAKE COUNTY, INDIANA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### RENEWED MOTION TO WITHDRAW ATTORNEY APPEARANCE

**COMES NOW** Gavin M. Rose, counsel for the plaintiff, and respectfully renews his request for permission to withdraw his appearance in this cause. In support of this Motion, counsel states as follows:

1. On August 23, 2021, undersigned counsel filed his Motion to Withdraw Attorney Appearance in this cause. (Dkt. 83). As explained in that Motion, counsel was seeking permission to withdraw his appearance in order to permit the plaintiff, acting *pro se*, to perfect an appeal of this Court's Order (Dkt. 81) and related judgment (Dkt. 82), which generally granted in substantial part the defendants' request for an award of their attorneys' fees in this matter.

2. On August 26, 2021, this Court deferred a ruling on counsel's request to withdraw his appearance in order to allow sufficient time for counsel to comply with Local Rule 83-8(c)(1). (Dkt. 84). This rule requires that an attorney provide his client "written notice of the attorney's intent to withdraw at least seven days before filing the motion [to withdraw]."

3. After several communications with the plaintiff concerning his appeal rights and the need

1

   for undersigned counsel to withdraw his appearance in order to allow the plaintiff to perfect an appeal, undersigned counsel formally notified the plaintiff of his intent to withdraw by letter (provided to the plaintiff via electronic mail) dated August 22, 2021.  Early the following day, August 23rd, the plaintiff returned a signed release both authorizing and directing counsel to seek permission to withdraw his appearance in this cause.

4. Undersigned counsel has now complied with the requirements of Local Rule 83-8(c)(1) and is therefore renewing his request to withdraw his appearance in this cause.

5. As noted previously, undersigned counsel continues to represent the plaintiff in an appeal of this Court decision entering summary judgment in favor of the defendants in this matter, which is currently pending before the Seventh Circuit under Cause No. 21-1674.  In the event that that appeal results in a remand, counsel has obtained permission from his client to again enter his appearance in this matter and counsel intends to do so.

6. Pursuant to Local Rule 83-8(c)(2), the plaintiff's current contact information is as follows:

   Address:  4010 Rollingwood Court
         Crown Point, Indiana  46307
   Telephone: 219-213-1366
   E-mail:  tostrowski53@gmail.com

**WHEREFORE,** Gavin M. Rose, counsel for the plaintiff, respectfully renews his request for permission to withdraw his appearance in this cause, and requests all proper relief.

               Gavin M. Rose
               ACLU OF INDIANA
               1031 E. Washington St.
               Indianapolis, IN  46202
               Ph: 317.635.4059
               Fax: 317.635.4105
               <grose@aclu-in.org>

               *Attorney for the plaintiff*