UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| THOMAS OSTROWSKI,  )<br>  )<br>  *Plaintiff*  )<br>  )<br>  v.  )<br>  )<br>LAKE COUNTY, INDIANA, et al.,  )<br>  )<br>  *Defendants*  ) | CAUSE NO. 2:18-CV-423-RLM |

ORDER

The court GRANTS Mr. Rose's renewed motion to withdraw [Doc. No. 90].

SO ORDERED.

ENTERED: September 1, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court