# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## CIRCUIT RULE 3(b) FEE NOTICE

September 8, 2021

|  |  |
|---|---|
| No. 21-2580 | THOMAS OSTROWSKI,<br>            Plaintiff - Appellant<br><br>v.<br><br>LAKE COUNTY, INDIANA, et al.,<br>            Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 2:18-cv-00423-RLM<br>Northern District of Indiana, Hammond Division<br>Court Reporter Debra Jo Bonk<br>District Judge Robert L. Miller<br>Clerk/Agency Rep Gary T. Bell ||

This court's records indicate that on September 8, 2021 the District Court denied your motion to proceed in forma pauperis. Pursuant to Federal Rule of Appellate Procedure 24(a),

**WITHIN THE NEXT THIRTY (30) DAYS YOU MUST EITHER:**

1. Pay the required $500.00 docketing fee PLUS the $5.00 notice of appeal filing fee ($505.00 TOTAL) to the District Court Clerk. The Court of Appeals cannot accept this fee. You should keep a copy of the receipt for your records.

2. File a motion to proceed on appeal in forma pauperis with the Court of Appeals. An original and three (3) copies of that motion is required. This motion must be supported by a sworn affidavit in the form of a sworn statement listing your assets and income.

**IF ONE OF THE ABOVE ACTIONS IS NOT TAKEN WITHIN 30 DAYS FROM THE DATE LISTED ABOVE, YOUR CASE WILL BE DISMISSED, PURSUANT TO CIRCUIT RULE 3(b).**